1  Megan C. Winter (SBN 241429)
      E-Mail: mwinter@fisherphillips.com
2  Haylee Saathoff (SBN 323267)
      E-Mail: hsaathoff@fisherphillips.com
3  **FISHER & PHILLIPS LLP**
   4747 Executive Drive, Suite 1000
4  San Diego, California 92121
   Telephone: (858) 597-9600
5  Facsimile: (858) 597-9601
   Attorneys for Defendant, ConMed Corporation

7  Kathleen A. Brewer (SBN 155688)
      E-Mail: kab@brewerlawoffice.com
8  **BREWER LAW OFFICE**
   2945 Townsgate Road, Suite 200
9  Westlake Village, California 91361
   Telephone: (805) 719-2731
10 Facsimile: (805) 980-5789

11 Attorneys for Plaintiff, Jeff Liu

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF LIU, | Case No.: 2:19-cv-02361-CJC (PLAx) |
| Plaintiff, | **ORDER RE: JOINT STIPULATION FOR PROTECTIVE ORDER** |
| v. | |
| CONMED CORPORATION, a corporation and DOES 1-50, inclusive, | Complaint Filed: February 11, 2019<br>FAC Filed: February 19, 2019 |
| Defendants. | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF LIU,<br><br>     Plaintiff,<br><br>v.<br><br>CONMED CORPORATION, a corporation and DOES 1-50, inclusive,<br><br>     Defendants. | Case No.: 2:19-cv-02361-CJC (PLAx)<br><br>**ORDER RE: JOINT STIPULATION FOR PROTECTIVE ORDER**<br><br>Complaint Filed: February 11, 2019<br>FAC Filed: February 19, 2019 |

Pursuant to the stipulation of the parties, and good cause appearing for the requested protective order,

**IT IS ORDERED** that the Joint Stipulation and Protective Order is entered as an Order of this Court, and shall be binding upon the parties, as well as the signatories to Exhibit A.

DATED: September 3, 2019     By: /s/ Paul L. Abrams
                                 Paul L. Abrams
                                 United States Magistrate Judge

# EXHIBIT A
# ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, [print or type full name], of [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Central District of California on [date] in the case of *Jeff Liu v. ConMed Corporation*, United States District Court, Central District of California, Case No. 2:19-cv-02361-CJC (PLAx). I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order. I further agree to submit to the jurisdiction of the United States District Court for the Central District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action. I hereby appoint [print or type full name] of [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____